IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 3:25-MJ-886-BW |
| | § | |
| FANGZHOU CHEN | § | |
| a.k.a. Amber Chen | § | |

**ORDER SETTING CONDITIONS OF RELEASE**

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)     The defendant must not violate federal, state, or local law while on release.

(2)     The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)     The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)     The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: <u>Earle Cabell Federal Building and United States Courthouse, 1100 Commerce Street, Dallas, Texas, as directed</u>.

If blank, defendant will be notified of next appearance.

(5)     The defendant must sign an Appearance Bond, if ordered.



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 1 0 2025

CLERK, U.S. DISTRICT COURT
By_____
Deputy

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☐    (6)    The defendant is placed in the custody of:

       Person or organization _____

       Address (*only if above is an organization*) _____

       City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____

                   *Custodian*                            *Date*

☒    (7)    The defendant must:

     ☒    (a) submit to supervision by and report for supervision to the <u>Supervising Officer</u>

           telephone number 214/753-2500, no later than <u>24 hours of release and thereafter as directed.</u>

     ☐    (b) continue or actively seek employment.

     ☐    (c) continue or start an education program.

     ☒    (d) surrender any passport to the District Clerk.

     ☒    (e) not obtain a passport or other international travel document.

     ☒    (f) abide by the following restrictions on personal association, residence, or travel: <u>Do not leave the area encompassed by the</u> <u>Northern District or Eastern District of Texas without prior authorization from the Supervising Officer.</u>

     ☒    (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or Prosecution, including: <u>persons listed in sealed supplement.</u>

     ☒    (h) get medical or psychiatric treatment: <u>as directed by Pretrial Services Office.</u>

     ☐    (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

     ☐    (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

     ☒    (k) not possess a firearm, destructive device, or other weapon.

     ☐    (l) not use alcohol ☐ at all ☐ excessively.

     ☐    (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed to defendant by a licensed medical practitioner, or any synthetic and/or natural substance that alters mood and/or cognitive ability, such as CBD and hemp oils/products.

     ☐    (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. The defendant shall contribute to the costs of services rendered (copayment) based on ability to pay, as determined by the pretrial services office.

     ☐    (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer. The defendant shall contribute to the costs of services rendered (copayment) based on ability to pay, as determined by the pretrial services office.

     ☐    (p) submit to location monitoring as directed by the pretrial services office or supervising officer and participate in one of the following location restriction programs and comply with all program requirements as directed. The defendant must pay all or part of the cost of any monitoring program based on ability to pay as determined by the pretrial services or supervising officer.

         ☐ (i)    **Curfew.** You are restricted to your residence every day ☐ from _____ to _____, or ☐ as directed by the pretrial services office or supervising officer; or

         ☐ (ii)    **Home Detention**. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

         ☐ (iii)    **Home Incarceration**. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

     ☐    (q) **Stand Alone Monitoring (SAM)**. Requires the use of Global Positioning System (GPS) tracking to monitor and enforce any other condition(s) of release (e.g., travel restrictions). _____

         The defendant must pay all or part of the cost of any monitoring program based on ability to pay as determined by the pretrial services or supervising officer.

     ☒    (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

     ☒    (s)    <u>Participate in computer monitoring program administered by Pretrial Services as detailed in appended conditions.</u>

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

## YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

4800 Keller Springs Rd Apt 1461,
*Address, City, and State*  Addison,
Texas 75001

## Directions to the United States Marshal

☒ The defendant is ORDERED released after processing.

☐ The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  September 10, 2025

_____
*Judicial Officer's Signature*

BRIAN McKAY, U.S. MAGISTRATE JUDGE

_____
*Printed name and title*

DISTRIBUTION:   COURT      DEFENDANT      PRETRIAL SERVICE      U.S. ATTORNEY      U.S. MARSHAL

## APPENDED CONDITIONS

(7)(s):  **Computer with Internet Access:** The defedant is permitted use of one (I) computer or connected device or as ordered by the Court and IS permitted access to the Internet for LEGITIMATE AND NECESSARY purposes as pre-approved by Pretrial Services at (✓) Home  (✓) Employment ( ) School/Education. Installation of Computer Monitoring Software is required.

**Consent of Other Residents**: By consent of other residents in the home, any computers, and internet connected devices in the home utilized by other residents shall be approved by Pretrial Services and subject to inspection for compliance with conditions of release and verification that these devices are password and/or biometrically protected.

Participate in the Computer Restriction and Monitoring Program and abide by all the rules and requirements of the program which will include manual inspection and/or the installation of computer monitoring software as deemed appropriate by Pretrial Services. The program will require the inspection of any computer; internet connected devices. wireless devices. modems, routers, or streaming media sticks, etc. located at your residence or place of employment. The program requires disclosure of the Internet Service Provider (ISP) information and username and passwords for computers, email accounts. and social network accounts. Pretrial Services will employ the use of electronic detection devices to evaluate access to Wi-Fi connections and assess compliance with conditions of release. Any attached or unattached buildings or structures or vehicles located at the residence are subject to inspection to assess compliance with this condition of release.