IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FANGZHOU CHEN<br>      a.k.a. Amber Chen | No. 3:25-MJ-886-BW |

### GOVERNMENT'S MOTION TO REVOKE PRETRIAL RELEASE

The United States of America respectfully asks the Court to revoke the defendant Fangzhou Chen's pretrial release.

### Procedural History

On September 9, 2025, the defendant was arrested at Dallas Fort-Worth International Airport (DFW Airport) pursuant to an arrest warrant. A complaint filed in this District charged the defendant with cyberstalking, in violation of 18 U.S.C. § 2261A, and interstate transmission of threats, in violation of 18 U.S.C. § 875(c), involving multiple victims. (Dkt. 1.) On September 10, 2025, the defendant appeared before United States Magistrate Judge Brian McKay for an initial appearance and placed on pretrial release supervision. (Dkt. 8.) Release conditions included:

> (1) The defendant must not violate any federal, state or local law while on release; and
>
> (7)(g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or Prosecution, including: persons listed in sealed supplement.
>
> (7)(s) Computer with Internet Access: The defendant is permitted use of one (I) computer or connected device or as ordered by the Court and IS permitted access to the Internet for LEGITIMATE AND NECESSARY purposes as pre-approved by Pretrial Services at home and employment. Installation of Computer Monitoring Software is required.

*Id.*

**Motion to Revoke Supervised Release - Page 1**

The defendant advised the Court that she understood the conditions of pretrial release and agreed to abide by them. *Id.*

## Violations

Since her release, the defendant has violated the terms of her pretrial releases. On October 1, 2025, the Government became aware of a website, www[.]amberdreamland[.]com,[1] apparently belonging to the defendant, which contained a blog post titled "Update on Amber." Government Exhibit 1. Photographs throughout the website depict the defendant in a variety of settings. In the "Update on Amber" post, the defendant details her arrest for the instant offense and also prominently displays the victims' names, employers, and home cities, within the first two paragraphs. *Id.* The victims' names are subjects of this Court's sealed order. (Dkts. 8, 9.) Some of the victims have seen their names on the website and have expressed a renewed fear for their safety.

The defendant's website constitutes indirect contact with the victims as well as a violation of the Court's order sealing the victims' identities. The website is neither a legitimate nor a necessary use of a computer. The defendant's behavior of setting up the website and posting blogs instead constitutes a continuing pattern of harassment against the victims, which is the same conduct underlying her criminal charge.

[Nothing further on this page]

---

[1] Brackets were added to prevent accidental hyperlinking.

**Motion to Revoke Supervised Release - Page 2**

**Conclusion**

The United States asks this Court to revoke the defendant's pretrial release and that she be detained pending the conclusion of this case.

    Respectfully submitted,

    NANCY E. LARSON
    Acting United States Attorney

    */s/ Jongwoo Chung*
    JONGWOO CHUNG
    Assistant United States Attorney
    NC Bar No. 52070
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242-1699
    Telephone: 214-659-8600
    Facsimile: 214-659-8808
    Email: Jongwoo.Chung@usdoj.gov