

**UNITED STATES DISTRICT COURT**
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>FANGZHOU CHEN    )<br>) | Case No. 3:25-CR-457-N |

## Report of Violation of Conditions of Pretrial Release

COMES NOW Eric Tolbert, U.S. Probation Officer, presenting a report to the Court upon the conduct of defendant, Fangzhou Chen, who was placed on pretrial release supervision by the Honorable U.S. Magistrate Brian McKay sitting in the Court at Dallas, Texas, on September 10, 2025, under the following conditions:

(7g) The defendant must avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: Persons listed in sealed supplement.

(7s) The defendant is permitted use of a computer or connected device or as ordered by the Court and is permitted access to the internet for LEGITIMATE AND NECESSARY purposes as preapproved by Pretrial Services at home and employment. Installation of Computer Monitoring Software is required.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

Ms. Chen violated these conditions of pretrial supervision when she posted the persons listed in the sealed supplement on her recently created website. Initially, the website was approved by this officer for employment purposes. However, the probation office was notified by the U.S. Attorney's Office that Ms. Chen listed names and information regarding persons listed in the sealed supplement in a tab on her website. On October 2, 2025, Ms. Chen reported to the probation office and received verbal reprimand for her actions. She was instructed to remove the sealed information from her website and cease discussion of the sealed list over the internet. She was also reminded of her conditions to avoid direct and indirect contact with such persons. To date, this officer has confirmed the information has been removed from the website.

The undersigned suggests to the court that no action be taken.

I declare under penalty of perjury that the foregoing is
true and correct.

Executed on October 8, 2025                              Approved,

s/Eric Tolbert                                                       s/Joseph Lujan
   U.S. Probation Officer                                    Supervising U.S. Probation Officer
   Dallas Division                                                   214-542-2725
   469-357-1067
   Fax: 214-753-2500

**Order**

Having considered the report of the Probation Office pertaining to possible violations by defendant, Fangzhou Chen, of her conditions of pretrial release, the court ORDERS that:

- ☐ No action be taken.

- ☒ A summons be issued and the defendant appear before a judge of this court to determine whether his/her conditions of pretrial release should be revoked.

- ☐ A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

- ☐ The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

- ☐ File under seal until further order of the Court.

_____
The Honorable Brian McKay
U.S. Magistrate Judge

October 9, 2025
Date