# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

HONORABLE: RENEE HARRIS TOLIVER  PRESIDING
DEPUTY CLERK: M. Wright                COURT REPORTER/TAPE NUMBER: FTR
LAW CLERK: _____                 USPO: Howard
INTERPRETER: _____               Date: 10/24/2025

**FILED October 24, 2025**
**KAREN MITCHELL CLERK, U.S. DISTRICT COURT**

Cr. No. 3:25-cr-00457-N-1    DEFT. No. _____

UNITED STATES OF AMERICA
V.

Fangzhou Chen
Defendant's Name

_Daniel Chu_, AUSA

Curt Crum
Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT/REARRAIGNMENT

Time in Court: 7 minutes

Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only by this Judge
☐ Mistrial  ☐ Settled/Guilty  ☐ None

Days in Trial: _____
Hearing Concluded: ☑ Yes  ☐ No

☐ Defendant SWORN.
☑ Arraignment       ☐ Rearraignment - Held on count(s) 1-7
   of the _____ count(s) ☑ Indictment  ☐ Information  ☐ Superseding Indictment  ☐ Complaint  ☐ Superseding Information
☐ Sentencing Guidelines
☑ Deft enters a plea of    ☑ Not Guilty   ☐ Guilty   ☐ Nolo
☐ Waiver of Jury Trial
☐ Waiver of Indictment filed
☐ Plea Agreement accepted    ☐ Court defers acceptance of Plea Agreement
☐ Plea Agreement filed (see agreement for details)   ☐ No Plea Agreement
☐ Plea Agreement included with Factual Resume.
☐ Factual Resume filed.
☐ Sentencing set  Date: _____  Time: _____
☐ Trial set for  Date: _____  Time: _____
   Pretrial motions due: _____   Discovery motions/Government Responses due: _____
☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed. PSI due: _____  Pre-sentence Referral Form to: _____
☑ Deft Bond  ☐ Set  ☐ reduced to $_____  ☐ Cash  ☐ Surety  ☐ 10%  ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond  ☐ continued  ☐ forfeited
☐ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.

OTHER PROCEEDINGS:

**U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED OCT 24 2025 CLERK, U.S. DISTRICT COURT By _____ Deputy**