IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:25-CR-457-N |
| FANGZHOU CHEN<br>     a.k.a. Amber Chen | |

## GOVERNMENT'S SUPPLEMENTAL MOTION TO REVOKE PRETRIAL RELEASE

The United States of America respectfully asks the Court to revoke the defendant Fangzhou Chen's pretrial release.

## Procedural History

On September 9, 2025, the defendant was arrested at Dallas Fort-Worth International Airport (DFW Airport) pursuant to an arrest warrant. A complaint filed in this District charged the defendant with cyberstalking, in violation of 18 U.S.C. § 2261A, and interstate transmission of threats, in violation of 18 U.S.C. § 875(c), involving multiple victims. (Dkt. 1.) On September 10, 2025, the defendant appeared before United States Magistrate Judge Brian McKay for an initial appearance and placed on pretrial release supervision. (Dkt. 8.) Release conditions included:

> (1) The defendant must not violate any federal, state or local law while on release; and

> (7)(g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or Prosecution, including: persons listed in sealed supplement.

> (7)(s) Computer with Internet Access: The defendant is permitted use of one (I) computer or connected device or as ordered by the Court and IS permitted access to the Internet for LEGITIMATE AND NECESSARY purposes as pre-approved by Pretrial Services at home and employment. Installation of Computer Monitoring Software is required.

*Id.*

The defendant advised the Court that she understood the conditions of pretrial release and agreed to abide by them. *Id.*

On October 3, 2025, the Government filed its first Motion to Revoke Pretrial Release after finding a website in which the defendant posted victim information that is subject of a sealed court filing (Dkt. 14). The undersigned relayed this information to the defendant's probation officer, who admonished the defendant to delete the post. The defendant complied at the time.

On October 7, 2025, a federal grand jury in Dallas, Texas returned an indictment charging the defendant with five counts of cyberstalking, 18 U.S.C. § 2261A, and two counts of interstate transmission of threats, in violation of 18 U.S.C. § 875(c). (Dkt. 16). On October 24, 2025, the defendant appeared before United States Magistrate Judge Renée Harris Toliver for an arraignment and entered a plea of "not guilty" to all charges in the Indictment. (Dkt. 25.)

## Violations

Since the Government filed the first motion to revoke, and after being admonished by her probation officer regarding the allegations in that motion, the defendant has violated the terms of her pretrial releases on numerous occasions. Through her website www[.]amberdreamland[.]com[1] and her X account @amchenrockstar, she posted the same victims' information which was the subject of the Government's first motion. The defendant also posted unfounded allegations about the Court and the Acting United States Attorney working for the Chinese Communist Party. The defendant made posts calling the undersigned counsel Kim Jong Un, the North Korean dictator. Lastly, and most reprehensibly, the defendant not only released her probation officer's identity and phone number on the internet, but also made racial derogatory comments directed towards the probation officer.

---

[1] Brackets were added to prevent accidental hyperlinking.

**Supplemental Motion to Revoke Supervised Release - Page 2**

## Conclusion

The defendant has violated multiple conditions of her release by clear and convincing evidence. There is also probable cause to believe that the defendant committed a Federal, State, or local crime while on release. Her continuous and flippant violation of the Court's release conditions shows that the defendant is unlikely to abide by any conditions or combination of conditions of release. The United States once again asks this Court to revoke the defendant's pretrial release and that she be detained pending the conclusion of this case.

Respectfully submitted,

NANCY E. LARSON
Acting United States Attorney

*/s/ Jongwoo Chung*
JONGWOO CHUNG
Assistant United States Attorney
NC Bar No. 52070
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8808
Email: Jongwoo.Chung@usdoj.gov