# United States District Court
## Northern District of Texas
### Dallas Division

US MARSHALS SERVICE N/TX
DALLAS, TX
2025 NOV -6 A 10:41

FILED-USDC-NDTX-DA
'25 NOV 10 AM 11:57
km

UNITED STATES OF AMERICA

V.

FANGZHOU CHEN

CASE NUMBER: 3:25-CR-457-N

MAG. CASE NUMBER: _____

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her pretrial release imposed by the Court.

NAME OF DEFENDANT:

FANGZHOU CHEN

ADDRESS (STREET, CITY, STATE):

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

U.S Magistrate Judge Brian McKay, U.S. District Court, Northern District of Texas, Dallas Division

_Karen Mitchell_
Karen Mitchell, U.S. District Court Clerk

s/ A. Aguilar
(By) Deputy Clerk

11/5/2025
Date

### RETURN

Warrant received and executed.

Date Received: 11/5/2025
Date Executed: 11/6/2025

Executing Agency (Name and Address): US Marshals Service
1100 Commerce St Dallas, TX 75242

Name: Karla Fierro    (By) _Karla Fierro_    Date: 11/6/2025

11858307