UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. 3:25-CR-457-N |
| | § | |
| FANGHZOU "AMBER" CHEN | § | |

### ORDER ON MOTION TO SUBSTITUTE COUNSEL

Before the Court is the Defendant's Unopposed Motion to Substitute Counsel filed November 14, 2025. The Court finds that all parties approve the motion and that the substitution is not sought for delay only.

IT IS, THEREFORE, ORDERED that Curt Crum is discharged as attorney of record and Steven Hayden, State Bar No. 24006245, Address: 2351 W. Northwest Highway., #1303, Dallas, Texas, 75220, Telephone No. (214) 678-9663, Fax No. (469) 569-4779 is substituted as attorney of record for Jorge Fanghzou "Amber" Chen.

SIGNED December 8, 2025.

_____
DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT
JUDGE