IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. Action No. 3:25-CR-00457-N |
| | § | |
| FANGZHOU CHEN (1) | § | |

**ORDER**

Before the Court is the Defendant's Sealed Evaluation that was filed September 17, 2026. A Hearing regarding the evaluation is scheduled to Tuesday, September 22, 2026 at 10:00 a.m. in courtroom 1505.

Signed September 18, 2026.

David C. Godbey
Senior United States District Judge